UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thurman Morris III                                Docket No. 5:10-CR-323-1BO

## Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thurman Morris III, who, upon an earlier plea of guilty to 21 U.S.C. § 841, Distribution of a Quantity of Cocaine Base (Crack) and 18 U.S.C. §§ 922(g) and 924, Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 19, 2011, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Thurman Morris III was released from custody on October 30, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine sample which tested positive for marijuana on April 17, 2017. The defendant admitted to using marijuana. We are recommending that the defendant complete a substance abuse assessment and any recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Eddie J. Smith                              /s/ Lee Holmes
Eddie J. Smith                                  Lee Holmes
Supervising U.S. Probation Officer              Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2568
                                                Executed On: June 7, 2017

Thurman Morris III
Docket No. 5:10-CR-323-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___June___, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge